**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DISTRICT COUNCIL 16, NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, AND DOUG CHRISTOPHER as Trustee,** *et al.*,<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**BEVIL'S FLOOR SERVICE, INC.,** *et al.*,<br><br>    **Defendant.** | Case No.: 12-CV-2971YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING STATUS HEARING** |

In light of the Notice of Bankruptcy Stay filed October 9, 2012, by Defendant in this action, the case management conference set for January 28, 2013, and all related filing deadlines are **VACATED**.

The Court sets this matter for a status hearing on June 14, 2013, at 9:01 am. Five (5) business days prior to the date of the status hearing, Plaintiff shall file a one-page statement setting forth the current status of the bankruptcy and whether a case management conference needs to be set. If the statement is filed timely, the hearing may be taken off calendar.

**IT IS SO ORDERED**.

Date: January 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**