**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DISTRICT COUNCIL 16, NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, AND DOUG CHRISTOPHER as Trustee,** *et al.*, <br><br>    **Plaintiff,** <br><br>    vs. <br><br>**BEVIL'S FLOOR SERVICE, INC.,** *et al.*, <br><br>    **Defendant.** | Case No.: 12-CV-2971YGR <br><br> **ORDER RESETTING STATUS HEARING** |

The Court is in receipt of Plaintiff's status report of June 7, 2013. In light of the ongoing bankruptcy proceedings, the status hearing currently set for June 14, 2013, is **CONTINUED** to October 11, 2013, at 9:01 am.

Five (5) business days prior to the date of the status hearing, Plaintiff shall file a one-page statement setting forth the current status of the bankruptcy and whether a case management conference needs to be set. If the statement is filed timely, the hearing may be taken off calendar.

**IT IS SO ORDERED**.

Date: June 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**